THE NATIONAL STATE BANK OF CAMDEN, NEW JERSEY, Respondent, *v.* GEORGE H. RICHARDSON, Appellant.

(Argued April 23, 1890; decided May 9, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made November 30, 1888, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*William W. Goodrich* for appellant.

*F. K. Pendleton* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

JOHN FRANKLIN, Respondent, *v.* THE FORTY-SECOND STREET AND GRAND STREET FERRY RAILROAD COMPANY, Appellant.

(Submitted April 23, 1890; decided May 9, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 11, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Freling H. Smith* for appellant. .

*Roswell H. Carpenter* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.